Nicholas Ranallo, Attorney at Law (SBN 51439)
5058 57th Ave. S.
Seattle, WA 98118
Telephone No.: (831) 607-9229
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com

Andrew S. Curfman (*Pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: 330-244-1174
Facsimile: 330-244-1173
Email: andrew.curfman@sswip.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | Civil Action No.: 3:20-cv-05871-BHS |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| PROTOTEK CORPORATION, | |
| Defendant. | |

**JOINT MOTION TO DISMISS**

Now come Plaintiff, Symbology Innovations, LLC and Defendant, Prototek Corporation, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41, and hereby move this Court to dismiss all claims against Defendant Prototek Corporation WITH PREJUDICE and all counterclaims against Plaintiff Symbology Innovations, LLC WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: December 21, 2020 | Respectfully submitted, |
| | */s/ Andrew S. Curfman* |
| | Andrew S. Curfman (*Pro hac vice*) |
| | SAND, SEBOLT & WERNOW CO., LPA |
| | Aegis Tower – Suite 1100 |
| | 4940 Munson Street NW |
| | Canton, Ohio 44718 |
| | Telephone: 330-244-1174 |
| | Facsimile: 330-244-1173 |
| | Email: andrew.curfman@sswip.com |
| | |
| | Nicholas Ranallo (SBN 51439) |
| | 5058 57th Ave. S. |
| | Seattle, WA 98118 |
| | Telephone No.: (831) 607-9229 |
| | Fax No.: (831) 533-5073 |
| | Email: nick@ranallolawoffice.com |
| | |
| | Attorneys for Plaintiff |
| | |
| | Carpenter Wellington PLLC |
| | |
| | */s/ Mario V. Glisic* |
| | Mario V. Glisic, Esq. |
| | WSBA No. 46444 |
| | 107 Spring Street, Suite 3028 |
| | Seattle, WA 98104 |
| | Telephone Number: 206-395-5998 |
| | Email: mglisic@carpenterwellington.com |
| | |
| | Attorney for Defendant |
| | Prototek Corporation |